**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON MOLINA, | CV 26-4838 PA (Ex) |
|       Plaintiff, | JUDGMENT OF DISMISSAL |
|   v. | |
| DONALD J. TRUMP, et al., | |
|       Defendants. | |

Pursuant to the Court's June 9, 2026 Minute Order dismissing the First Amended Complaint without leave to amend and dismissing the action filed by plaintiff Ramon Molina ("Plaintiff") without prejudice for lack of subject matter jurisdiction,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: June 9, 2026

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE